IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HQ PROPERTY HOLDINGS, LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>CENTURY SURETY COMPANY,<br><br>*Defendant*. | §§§§§§§§§§§§ Civil Action No. 6:24-cv-392 |

### DEFENDANT CENTURY SURETY COMPANY'S NOTICE OF REMOVAL

**COMES NOW** Defendant, Century Surety Company ("Century"), and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and Federal Rule of Civil Procedure 81(c) files this, its Notice of Removal, and would show the Court the following:

### I.   INTRODUCTION

1. Plaintiff is HQ Property Holdings, LLC ("HQ"). Defendant is Century.

2. On May 14, 2024, HQ filed a lawsuit against Century styled as *HQ Property Holdings, LLC v Century Surety Company*, Cause No. 2024-1253-4 in McLennan County, Texas (the "State Court Lawsuit").

3. HQ served Century with process by requesting service via certified mail through the district clerk on Century's agent for service of suit designated pursuant to the terms of the policy, RT Specialty, 12700 Park Central Drive Suite 1250, Dallas, Texas 75251. The district clerk issued the citation on June 20, 2024. The citation and HQ's Original Petition were delivered

on June 27, 2024. Century filed its Answer on July 15, 2024.

4. Century files this Notice of Removal within the time period required by 28 U.S.C. § 1446(b).

## II. BASIS FOR REMOVAL

5. The basis for removal is diversity of citizenship pursuant to 28 U.S.C. §1332(a).

6. HQ is a Texas limited liability company. For the purposes of diversity of citizenship, a court should look to the citizenship of a limited liability company's individual members. HQ has two individual members: Huan Tran and Pham Quynh.

　　a. Huan Tran is a citizen of the State of Texas, and resides at 843 Buster Chatham Road, Waco, Texas 76705.

　　b. Pham Quynh is a citizen of the State of Texas, and resides at 843 Buster Chatham Road, Waco, Texas 76705.

7. For the purposes of diversity jurisdiction, since all of HQ's members are citizens of the State of Texas, HQ is considered a citizen of the State of Texas.

8. Defendant Century is incorporated in the State of Ohio, with its principal place of business in Michigan. Therefore, the parties are citizens of different states and complete diversity exists between the parties.

9. Plaintiff asserts in the State Court Lawsuit that it is seeking to recover monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs. HQ sent a pre-suit demand letter to Century on February 22, 2024 for $181,502.89. The amount in controversy is in excess of $75,000.00, in satisfaction of 28 U.S.C. § 1332(a).

10. The State Court Lawsuit is an insurance coverage dispute. Century provided property insurance coverage to HQ, which included coverage for a property located at 720 New

Dallas Highway, Waco, Texas 76705 for Buildings 1-3 (the "Property"), for the period of March 15, 2023 to March 15, 2024. A representative of HQ reported a claim for wind and hail damage to the Property on or about June 15, 2023. Century retained an independent adjuster and engineer to inspect the Property. The investigation found cosmetic damage to the metal roofs and some damage to the metal siding, however, the damage did not exceed the applicable deductible. HQ disagreed with Century's evaluation and subsequently filed the State Court Lawsuit. Century answered the State Court Lawsuit on July 15, 2024.

11. Venue is proper in this district pursuant to 28 U.S.C § 1441(a) because the State Court Lawsuit are located in this district.

12. Century will promptly file a copy of this Notice of Removal with the clerk of the state courts where the State Court Lawsuit is pending.

13. The following certified copies of pleadings, process, order and other filings in the State Court Lawsuit will be attached to this notice as Exhibit A, as required by 28 U.S.C § 1446(a):

- Plaintiff's Original Petition filed May 14, 2024
- Request for Issuance of Citation dated June 17, 2024

Century is including uncertified copies of the following two documents. It has ordered certified copies from McLennan County, and will supplement the record upon its receipt:

- Defendant's Answer filed July 15, 2024
- Docket sheet

14. If any further pleadings have been filed with the court, Century will supplement this removal.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Century Surety Company respectfully requests the Court to remove the action styled *HQ Property Holdings, LLC v*

*Century Surety Company*, Cause No. 2024-1253-4, McLennan County, Texas to this federal court.

Respectfully submitted,

By: */s/ Robert J. Witmeyer*
    **ROBERT J. WITMEYER**
    Texas State Bar No. 24091174
    *rwitmeyer@mayerllp.com*
    **SUMMER L. FREDERICK**
    State Bar No. 24067764
    *sfrederick@mayerllp.com*
    **REAGAN F. EWING**
    Texas State Bar No. 24101162
    *rewing@mayerllp.com*

    **MAYER LLP**
    750 N. Saint Paul Street, Suite 700
    Dallas, Texas 75201
    Telephone: (214) 379-6900
    Telecopy: (214) 379-6939

**ATTORNEYS FOR DEFENDANT,
CENTURY SURETY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July 2024, a true and correct copy of the foregoing document was served on counsel of record via regular United States mail and facsimile:

>Matthew R. Pearson
>mpearson@pearsonlegalpc.com
>Eric C. Botello
>ebotello@pearsonlegalpc.com
>PEARSON LEGAL, P.C.
>425 Soledad, Suite 600
>San Antonio, Texas 78205
>Telephone: 210.732.7766
>Facsimile: 210.229.9277
>
>*Attorneys for Plaintiff*

>*/s/ Robert J. Witmeyer*
>**ROBERT J. WITMEYER**