IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HQ PROPERTY HOLDINGS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:24-CV-00392-DTG |
| CENTURY SURETY COMPANY, | § § § | |
| *Defendant*. | § | |

### JOINT RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff HQ Property Holdings, LLC ("Plaintiff") jointly with Century Surety Company ("Defendant") (each a "Party", and collectively the "Parties") with this *Joint Rule 41 Stipulation of Dismissal with Prejudice*.

Plaintiff and Defendant have voluntarily agreed to resolve all disputes at issue regarding the subject suit. Therefore, the Parties file this Joint Rule 41 Stipulation of Dismissal with Prejudice.

Federal Rule of Civil Procedure 41 provides that an action may be dismissed by the filing of "a stipulation of dismissal signed by all parties who have appeared". FED. R. CIV. P. 41(a)(1)(A)(ii); *see also Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). A court order is not necessary when the parties to the lawsuit file a stipulation of dismissal under Rule 41(a)(1)(A)(ii). *Yesh Music*, 727 F.3 at 362.

Further, Rules 23(e), 23.1(c), 23.2 and 66 of the Federal Rules of Civil Procedure are not applicable to this lawsuit as it does not involve a class action, shareholder derivative suit, or a suit where the Court has appointed a receiver. Therefore, the Parties jointly stipulate that this case shall be dismissed with prejudice pursuant to RULE 41(a)(1)(A)(ii), with each Party to bear its own costs.

WHEREFORE, the Parties pray that the Court take notice of this Joint Rule 41 Stipulation of Dismissal with Prejudice, dismiss all claims against Defendant with prejudice and grant the Parties

any other and further relief, at law or in equity, as to which they are justly entitled.

        Respectfully submitted,

        **MAYER LLP**

        */s/ Aaron G. Stendell*
        **ROBERT J. WITMEYER**
        Texas State Bar No. 24091174
        *rwitmeyer@mayerllp.com*
        **AARON G. STENDELL**
        Texas State Bar No. 24073062
        *astendell@mayerllp.com*
        **REAGAN F. EWING**
        Texas State Bar No. 24101162
        *rewing@mayerllp.com*

        **MAYER LLP**
        750 N. Saint Paul Street, Suite 700
        Dallas, Texas 75201
        Telephone: (214) 379-6900
        Telecopy: (214) 379-6939
        **ATTORNEYS FOR DEFENDANT,**
        **CENTURY SURETY COMPANY**

        -and-

        **PEARSON LEGAL, P.C.**

        */s/ Eric Botello (w/ permission)*
        Matthew R. Pearson
        mpearson@pearsonlegalpc.com
        Eric C. Botello
        ebotello@pearsonlegalpc.com
        PEARSON LEGAL, P.C.
        425 Soledad, Suite 600
        San Antonio, Texas 78205
        Telephone: 210.732.7766
        Facsimile: 210.229.9277
        **ATTORNEYS FOR PLAINTIFF,**
        **HQ PROPERTY HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I served the foregoing document on counsel of record via electronic means in accordance with the Federal Rules of Civil Procedure.

*/s/ Aaron G. Stendell*
**AARON G. STENDELL**